## Gasparo *v.* the Twin Cities National Building & Loan Association, Appellant.

Argued April 19, 1897.    Appeal, No. 149, April T., 1897, by defendant, from judgment of C. P. No. 2, Allegheny County, Jan. T., 1897, No. ——, for want of a sufficient affidavit of defense.    Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ.    Affirmed.

OPINION BY SMITH, J., July 23, 1897 :

It was agreed at bar that this case should be controlled by our decision in the case of the Twin Cities N. B. & L. Ass'n v. Lepore, No. 148, April term, 1897, as they involve the same facts and rulings of the court below and would therefore be governed by the same legal principles. In consonance with the decision in that case and the agreement referred to, the judgment in this case is affirmed.